## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  RAYMOND WILLIAM BOYCE    ) | |
| ) | CHAPTER 13 |
| DEBTOR    ) | |
| ) | CASE NO: 16-18789 |
| ) | |

### CERTIFICATION OF NO RESPONSE

I, John R. K. Solt, Esquire, Attorney for the above Debtor, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Application for Allowance of Compensation and Notice of Filing said Application, which was served as set forth in the Certificate of Service filed in this matter on May 9, 2018 and I further certify that the motion is uncontested.

Date:  May 24, 2018                                             _/s/John R. K. Solt_____
John R. K. Solt, Esq.
2465 Westgate Dr., Suite 404B
Bethlehem, PA 18017
Phone 610-865-2465
Fax: 610-691-2018
Attorney for Debtor