# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  RAYMOND WILLIAM BOYCE            )
                                          )        CHAPTER 13
         DEBTOR                           )
                                          )        CASE NO: 16-18789

    Upon consideration of the Application for Allowance of Compensation of John R.K. Solt, Esquire, pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $2,000.00.

BY THE COURT:

**Date: May 30, 2018**

_____
United States Bankruptcy Judge