United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Raymond William Boyce  
    Debtor

Case No. 16-18789-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: May 30, 2018  
Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
```
db             +Raymond William Boyce,    42 S. Spruce Street,    Nazareth, PA 18064-2127
cr             +Wilmington Savings Fund Society, FSB, as Trustee,    c/o Aldridge Pite, LLP,
                4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 31 2018 02:28:45      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```
                                                                                                                                                                   TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
```
          DAVID W. TIDD    on behalf of Debtor Raymond William Boyce bankruptcy@davidtiddlaw.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          FREDERICK L. REIGLE     ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    CitiFinancial Servicing, LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          JOHN R.K. SOLT    on behalf of Debtor Raymond William Boyce jsolt.soltlaw@rcn.com,
           rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Carrington Mortgage Services bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                                                                                            TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  RAYMOND WILLIAM BOYCE        )
                                                                      )        CHAPTER 13
            DEBTOR                                       )
                                                                      )        CASE NO: 16-18789

      Upon consideration of the Application for Allowance of Compensation of John R.K. Solt, Esquire, pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $2,000.00.

BY THE COURT:

**Date: May 30, 2018**

_____
United States Bankruptcy Judge