*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Raymond William Boyce
    Debtor(s)

Case No: 16−18789−elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 42 S. Spruce Street, Nazareth, PA 18064, in addition to Motion for Relief from Co−Debtor Stay Re: Margaret E. Kligge Filed by Wilmington Savings Fund Society, FSB, as Trustee Represented by KEVIN G. MCDONALD.

*Hearing rescheduled from 9:30 AM to 11:00 AM 8/29/19*

on: 8/29/19

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/19/19

Timothy B. McGrath
Clerk of Court

54 − 49
Form 167