United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-18789-elf
Raymond William Boyce                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR              Page 1 of 2              Date Rcvd: Jun 19, 2019
                            Form ID: 167             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
```
db         +Raymond William Boyce,    42 S. Spruce Street,    Nazareth, PA 18064-2127
13841235   ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
             (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD   21202)
14088675   +Carrington Mortgage Services,     c/o KML Law Group, P.C.,    710 Market Street,    Suite 5000,
             Philadelphia, PA 19106-2312
13858419    CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD   57117-6043
13841236   +Commonwealth Financial (original Credito,     237 N Main Street,    Dickson City, PA 18519-1651
13841237    Consumer Profile Services,    PO Box 57071,    Irvine, CA   92619-7071
13841238    Easton Periodontal Associates,     21 Corporate Drive Joel M. Brooks, DDS,    Easton, PA   18045
13841239    Hamilton Law Group,    PO Box 90301,    Allentown, PA   18109-0301
13841240   +Hamilton Law Group (original Creditor:jo,     Po Box 90301,    Allentown, PA 18109-0301
13971168   +John R. K. Solt, Esquire,    John R. K. Solt, P.C.,     2045 Westgate Drive, Suite 404B,
             Bethlehem, PA 18017-7475
13841241   +National Recovery Agen (original Credito,     2491 Paxton St,    Harrisburg, PA 17111-1036
13841242    Northampton County Tax Bureau,     699 Washington Street,    Revenue Office - Room 2132,
             Easton, PA   18042
13937468   +Northampton County Tax Claim Bureau,     669 Washington Street,    Easton, PA 18042-7401
13841243   +Pat Barlieb,    132 S. Main Street,    Nazareth Borough Real Estate,    Nazareth, PA 18064-2015
13841244   +Pat Barlieb,    132 S. Main Street,    Nazareth Borough School Real Estate,
             Nazareth, PA 18064-2015
13841245   +Penn Credit Corporatio (original Credito,     916 S 14th St,    Harrisburg, PA 17104-3425
13937467   +Stanley J. Margle, III,    Northampton County Tax Claim Bureau,     669 Washington Street,
             Easton, PA 18042-7401
14032827   +Wilmington Savings Fund Society, FSB,,     Carrington Mortgage Services, LLC,
             1600 South Douglass Road,    Anaheim, CA 92806-5948
14013329   +Wilmington Savings Fund Society, FSB, as Trustee,     c/o Aldridge Pite, LLP,
             4375 Jutland Drive, Suite 200,     P.O. Box 17933,    San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 02:51:58      Synchrony Bank,
             c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
13869746   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2019 02:51:58
             PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
13896661    E-mail/Text: bnc-quantum@quantum3group.com Jun 20 2019 02:47:24
             Quantum3 Group LLC as agent for,     Sadino Funding LLC,    PO Box 788,
             Kirkland, WA   98083-0788
13841246   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 20 2019 02:47:19
             Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Wilmington Savings Fund Society, FSB, as Trustee,    c/o Aldridge Pite, LLP,
             4375 Jutland Drive, Suite 200,     P.O. Box 17933,    San Diego, CA 92177-7921
13841358   ##+Law Office of David W. Tidd,    11 Black Bear Run,    Fleetwood, PA 19522-9082
                                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR              Page 2 of 2               Date Rcvd: Jun 19, 2019
                              Form ID: 167             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:

```
          DAVID W. TIDD    on behalf of Debtor Raymond William Boyce bankruptcy@davidtiddlaw.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor   CitiFinancial Servicing, LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JOHN R.K. SOLT    on behalf of Debtor Raymond William Boyce jsolt.soltlaw@rcn.com,
           rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Carrington Mortgage Services bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Raymond William Boyce
    Debtor(s)

Case No: 16−18789−elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 42 S. Spruce Street, Nazareth, PA 18064, in addition to Motion for Relief from Co−Debtor Stay Re: Margaret E. Kligge Filed by Wilmington Savings Fund Society, FSB, as Trustee Represented by KEVIN G. MCDONALD.

*Hearing rescheduled from 9:30 AM to 11:00 AM 8/29/19*

on: 8/29/19

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/19/19

Timothy B. McGrath
Clerk of Court

54 − 49
Form 167