# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  RAYMOND WILLIAM BOYCE           )
                                        )           **CHAPTER 13**
                    **DEBTOR**          )
                                        )           **CASE NO: 16-18789**

## ORDER

AND NOW, upon consideration of the Amended Supplemental Application of Counsel for Debtor for Compensation and Reimbursement of Expenses for Post Confirmation Services Payable by the Chapter 13 Trustee filed by John R. K. Solt, Esquire, Counsel for the Debtor in the above-captioned matter, and after notice and opportunity for hearing, and a certification of no objection having been filed, it is

**ORDERED**, that John R. K. Solt, Esquire, is hereby **ALLOWED** compensation as counsel for Debtor for services rendered in the sum of $537.50 and expenses in the sum of $10.00 for a total of $547.50.

Date:  9/30/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**