United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Raymond William Boyce  
      Debtor

Case No. 16-18789-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Stacey     Page 1 of 1     Date Rcvd: Sep 30, 2019  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.  
db          +Raymond William Boyce,   42 S. Spruce Street,   Nazareth, PA 18064-2127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
         DAVID W. TIDD    on behalf of Debtor Raymond William Boyce bankruptcy@davidtiddlaw.com,
          debbburdick@gmail.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         JILL  MANUEL-COUGHLIN    on behalf of Creditor   CitiFinancial Servicing, LLC jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
         JOHN R.K. SOLT    on behalf of Debtor Raymond William Boyce jsolt.soltlaw@rcn.com,
          rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com
         KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
          Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee
          bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
          Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor   Carrington Mortgage Services bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                          TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  RAYMOND WILLIAM BOYCE           )
                                        )       **CHAPTER 13**
        **DEBTOR**                      )
                                        )       **CASE NO: 16-18789**

## ORDER

AND NOW, upon consideration of the Amended Supplemental Application of Counsel for Debtor for Compensation and Reimbursement of Expenses for Post Confirmation Services Payable by the Chapter 13 Trustee filed by John R. K. Solt, Esquire, Counsel for the Debtor in the above-captioned matter, and after notice and opportunity for hearing, and a certification of no objection having been filed, it is

**ORDERED**, that John R. K. Solt, Esquire, is hereby **ALLOWED** compensation as counsel for Debtor for services rendered in the sum of $537.50 and expenses in the sum of $10.00 for a total of $547.50.

Date:  9/30/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**