## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  RAYMOND WILLIAM BOYCE    )
                                 )         **CHAPTER 13**
             **DEBTOR**          )
                                 )         **CASE NO: 16-18789**
                                 )

## PRAECIPE TO WITHDRAW DOCUMENT

To the U.S. Bankruptcy Clerk, United States Bankruptcy Court:

Kindly withdraw the Debtor's answer to the Motion of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A for Relief from Automatic Stay (the "Motion")., entered on 12/27/2018, in this case.

                                            Respectfully submitted,

Date:   October 29, 2019                    /s/John R. K. Solt
                                            John R. K. Solt, Esq.
                                            2465 Westgate Dr., Suite 404B
                                            Bethlehem, PA 18017
                                            Phone 610-865-2465
                                            Fax: 610-691-2018
                                            Attorney for Debtor