Document    Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raymond William Boyce aka Raymond Boyce, aka Raymond W. Boyce<br>                Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A<br>                Movant<br>   vs. | NO. 16-18789 REF |
| Raymond William Boyce aka Raymond Boyce, aka Raymond W. Boyce<br>                Debtor | 11 U.S.C. Sections 362 and 1301 |
| Margaret E. Kligge        Co-Debtor | |
| William Miller*R        Interim Trustee | |

## ORDER

AND NOW, this 8th day of November, 2018 upon withdrawal of the Debtor's response to the Motion, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay and Codebtor Stay is **GRANTED**, and both the automatic stay under Section 362 Title 11 of the United States Code, and the codebtor stay under Section 1301 of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 42 S. Spruce Street, Nazareth, PA 18064 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**