```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18789-elf
Raymond William Boyce                                                   Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-4          User: Stacey                Page 1 of 2         Date Rcvd: Jan 23, 2020
                              Form ID: pdf900             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db             +Raymond William Boyce,    42 S. Spruce Street,    Nazareth, PA 18064-2127
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13841235      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2222
               (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD   21202)
14088675       +Carrington Mortgage Services,    c/o KML Law Group, P.C.,     710 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-2312
13858419        CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD   57117-6043
13841236       +Commonwealth Financial (original Credito,    237 N Main Street,    Dickson City, PA 18519-1651
13841237        Consumer Profile Services,    PO Box 57071,    Irvine, CA 92619-7071
13841238        Easton Periodontal Associates,    21 Corporate Drive Joel M. Brooks, DDS,    Easton, PA  18045
13841239        Hamilton Law Group,    PO Box 90301,    Allentown, PA  18109-0301
13841240       +Hamilton Law Group (original Creditor:jo,    Po Box 90301,    Allentown, PA 18109-0301
13971168       +John R. K. Solt, Esquire,    John R. K. Solt, P.C.,    2045 Westgate Drive, Suite 404B,
                 Bethlehem, PA 18017-7475
13841241       +National Recovery Agen (original Credito,    2491 Paxton St,    Harrisburg, PA 17111-1036
13841242        Northampton County Tax Bureau,    699 Washington Street,    Revenue Office - Room 2132,
                 Easton, PA  18042
13937468       +Northampton County Tax Claim Bureau,    669 Washington Street,    Easton, PA 18042-7401
13841243       +Pat Barlieb,    132 S. Main Street,    Nazareth Borough Real Estate,    Nazareth, PA 18064-2015
13841244       +Pat Barlieb,    132 S. Main Street,    Nazareth Borough School Real Estate,
                 Nazareth, PA 18064-2015
13841245       +Penn Credit Corporatio (original Credito,    916 S 14th St,    Harrisburg, PA 17104-3425
13937467       +Stanley J. Margle, III,    Northampton County Tax Claim Bureau,    669 Washington Street,
                 Easton, PA 18042-7401
14032827       +Wilmington Savings Fund Society, FSB,,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
14013329       +Wilmington Savings Fund Society, FSB, as Trustee,    c/o Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2020 03:06:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 24 2020 03:06:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 03:06:09     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13869746       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 03:06:09
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13896661        E-mail/Text: bnc-quantum@quantum3group.com Jan 24 2020 03:06:30
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13841246       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 24 2020 03:06:26
                 Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Wilmington Savings Fund Society, FSB, as Trustee,    c/o Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
13841358      ##+Law Office of David W. Tidd,    11 Black Bear Run,    Fleetwood, PA 19522-9082
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4           User: Stacey                Page 2 of 2                   Date Rcvd: Jan 23, 2020
                               Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
              DAVID W. TIDD    on behalf of Debtor Raymond William Boyce bankruptcy@davidtiddlaw.com,
               debbburdick@gmail.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor   CitiFinancial Servicing, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;sarah.mccaffery@powerskirn.com
              JOHN R.K. SOLT    on behalf of Debtor Raymond William Boyce jsolt.soltlaw@rcn.com,
               rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Carrington Mortgage Services bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　RAYMOND WILLIAM BOYCE<br><br>　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 16-18789-ELF |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 23, 2020**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE